UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

| Case No. | 2:24-cv-01556-CAS-AJR | Date | April 18, 2024 |
|---|---|---|---|
| Title | LaTonya Robinson v. Voci et al. | | |

Present: The Honorable  **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   (IN CHAMBERS)

The Court previously received from plaintiff a complaint without an accompanying IFP Request or payment of the filing fees. The Court sent a warning letter to plaintiff advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal or remand of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.

Moreover, on March 8, 2024, the magistrate judge dismissed the complaint with leave to amend. Plaintiff was ordered to file a first amended complaint (FAC) by April 7, 2024, and was "explicitly cautioned that failure to timely file a FAC, or failure to correct the deficiencies described above, may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b)." Dkt. 4 at 5. As of the date of this order, plaintiff has not filed a FAC.

Accordingly, this case is hereby ordered DISMISSED without prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |